```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

ECO-SITE, INC. and T-MOBILE
NORTHEAST LLC,
      Plaintiffs,

      v.                                CIVIL ACTION NO.
                                        17-10304-MBB

THE TOWN OF WILMINGTON,
THE TOWN OF WILMINGTON
ZONING BOARD OF APPEALS; and
EDWARD LOUD, DANIEL VEERMAN,
ANTHONY BARLETTA, THOMAS
SIRACUSA, and JACQUELYN
SANTINI, in their Capacities
as members of the Town of
Wilmington Zoning Board of
Appeals,
      Defendants.

# FINAL JUDGMENT

### June 7, 2019

**BOWLER, U.S.M.J.**

     The issues having been duly heard and a decision rendered in plaintiff's favor, it is **ORDERED** and **ADJUDGED** that this action be **DISMISSED**.

                                          /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge